UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KATHI JANE HARRIS,

                                       **INDICTMENT**

        Defendant.

_____/

    The Grand Jury charges:

## **COUNT 1**
(Making and Subscribing a False Income Tax Return)

On or about April 19, 2022, in Kent County, in the Southern Division of the Western District of Michigan,

KATHI JANE HARRIS

willfully made and subscribed, and filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return on Form 1040 for calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which Defendant did not believe to be true and correct as to every material matter.  That tax return reported gross income of $77,273, whereas, as Defendant knew, she received gross income exceeding $77,273, including unreported income from The Proactive Project, Inc.; the Grand Rapids Chapter of the A. Philip Randolph Institute; and gambling winnings. Additionally, that tax return also reported a tax withholding of $38,040 by Fidelity Investments Institution, whereas, as Defendant knew, no such tax withholding had occurred.

**26 U.S.C. § 7206(1)**

## COUNT 2
(Failure to File an Individual Income Tax Return)

During the calendar year 2020,

KATHI JANE HARRIS,

a resident of Grand Rapids, Michigan, had and received gross income exceeding $12,400. By reason of such gross income, she was required by law, following the close of calendar year 2020, and on or before May 17, 2021, to make an income tax return to the Internal Revenue Service, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Knowing and believing the foregoing, on or about May 17, 2021, in the Southern Division of the Western District of Michigan, she willfully failed to make an income tax return.

**26 U.S.C. § 7203**

**COUNT 3**
(Failure to File an Individual Income Tax Return)

During the calendar year 2022,

KATHI JANE HARRIS,

a resident of Grand Rapids, Michigan, had and received gross income exceeding $12,950. By reason of such gross income, she was required by law, following the close of calendar year 2022, and on or before April 18, 2023, to make an income tax return to the Internal Revenue Service, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Knowing and believing the foregoing, on or about April 18, 2023, in the Southern Division of the Western District of Michigan, she willfully failed to make an income tax return.

**26 U.S.C. § 7203**

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney